IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BLUEWATER MUSIC SERVICES CORP., | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 3:09-00934 |
| | ) | JUDGE HAYNES |
| v. | ) ) | |
| TENNESSEE PRODUCTION CENTER, INC. | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's motion for attorney's fees (Docket Entry No. 15), requesting, in sum, that the Court grant Plaintiff an award of attorney's fees in the amount of $3,050.00 pursuant to the Court's prior Order entering a default judgment in this action (Docket Entry No. 13). Upon review of the file, Plaintiff's motion for attorney for attorney's fees is **GRANTED**. Plaintiff is **AWARDED** attorney's fees in the amount of three-thousand fifty dollars ($3,050.00).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 6th day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge